# Third District Court of Appeal

## State of Florida

Opinion filed September 22, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1503
Lower Tribunal Nos. F82-20079, F82-21104

————————

**Goldwire Anderson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Teresa M. Pooler, Judge.

Goldwire Anderson, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.